**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:17-CV-196-TBR**

WINIFRED N. SAYLOR                                                                                              PLAINTIFF

V.

CIGNA GROUP INSURANCE
LIFE INSURANCE COMPANY OF NORTH AMERICA                                       DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

*[signature: Thomas B. Russell]*

**Thomas B. Russell, Senior Judge
United States District Court**

October 29, 2018

cc: Counsel